IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENEVA LANGWORTHY,

    Plaintiff,

v.                                                                             No. 1:25-cv-00018-KG-KK

COLFAX COUNTY,
EIGHTH JUDICIAL DISTRICT COURT and
STATE OF NEW MEXICO,

    Defendants.

## ORDER UNSEALING RESTRICTED DOCUMENT

        Plaintiff filed a document "Ex Parte" which restricts access to that document to Court users and Plaintiff.  *See* Plaintiff's Objection to Rogue Judge Acting Without Jurisdiction and Motion for Chief Judge to Order Re-Assignment, Doc. 23, filed March 5, 2025 ("Objection and Motion"). The Court notified Plaintiff that she has not shown a real and substantial interest that justifies depriving Defendants and the public of access to the Objection and Motion and ordered Plaintiff to show cause why the Court should not remove the restriction on Plaintiff's Objection and Motion. *See* Order to Show Cause, Doc. 36, filed April 30, 2025.  Plaintiff did not show cause by the May 21, 2025, deadline.

        **IT IS ORDERED** that the Clerk remove the restriction on Plaintiff's Objection to Rogue Judge Acting Without Jurisdiction and Motion for Chief Judge to Order Re-Assignment, Doc. 23, filed March 5, 2025, making the document accessible to Defendants and the public.

                                                                            _____
                                                                            **KIRTAN KHALSA**
                                                                            **UNITED STATES MAGISTRATE JUDGE**